EXHIBIT "1"

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name: BRADFORD COSTLEY
AKA:

Address: 599 W DEVIRIAN PL

ALTADENA, CA
SSN: -3572

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 11/18/99.

On or about 9/20/88, the borrower executed promissory note(s) to secure loan(s) of $4,000.00 from THE BANK OF HORTON, HORTON, KS. at a variable rate of interest to be established annually by the Department of Education. This loan obligation was guaranteed by NEBRASKA STUDENT LOAN PROGRAM and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 12/25/88, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $4,509.67 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 12/17/97, assigned its rights and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower owes the United States the following:

| | |
|---|---|
| Principal: | $ 3,900.00 |
| Interest: | $ 5,530.53 |
| Administrative/Collection Costs: | $ 0.00 |
| Late fees: | $ 0.00 |
| Total Debt as of 11/18/99 : | $ 9,430.53 |

Interest accrues on the principal shown here at the current rate of 9.13% and a daily rate of $0.98 through June 30, 2000, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 USC §1746(2), I certify under penalty of perjury that the foregoing is true and

Executed on: 12/17/99         Name: [signature]
                              Title: Loan Analyst
                              Branch: Litigation

**WARNING:** ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT OR MISREPRESENTATION ON THIS FORM IS SUBJECT TO PENALTIES WHICH MAY INCLUDE FINES OR IMPRISONMENT UNDER THE UNITED STATES CRIMINAL CODE AND 20 U.S.C. 1097.

### SECTION I - TO BE COMPLETED BY THE BORROWER — Type or print clearly with a ballpoint pen. Read the instructions carefully.

| 1. Social Security Number | 2. Last Name | First Name | MI | 3. Birth Date (Mo. Day Yr) |
|---|---|---|---|---|
| -3572 | Costley | Bradford | | |

| 4. Home Area Code Phone No | 5. Permanent Home Address | Street | City | State | ZIP Code + 4 |
|---|---|---|---|---|---|
| | 557 | | Victorville | CA | |

6. U.S. Citizenship Status
   (a) X U.S. Citizen, National or related status
   (b) Eligible Noncitizen (See instructions)
   (c) Neither a nor b (See instructions)

Alien Registration #: ____
7. Driver's License Number: ____ State: CA
8. (In-state status)
9. Have you ever defaulted on an educational loan? ☐ Yes ☒ No

10. Loan Amount Requested: $ 4000
11. Borrower Employer: ____
Employer Address (City, State, ZIP): ____
Employer Phone: ____

12. Do you have any outstanding GSL, FISL, PLUS, SLS or ALAS debts for the student named in Section II? ☐ Yes ☒ No

| Name of Lender | City & State of Lender | Unpaid Balance & Interest Rate | Loan Period Beg/End | Loan Type GSL FISL SLS etc | Student Grade Level |
|---|---|---|---|---|---|

13a. If you are eligible, do you want a deferment? ☒ Yes ☐ No
13b. During the deferment period, if your lender gives you a choice, do you want ___ your interest ___ or ___ to make periodic installments of interest

14. References - You must provide 3 separate references with different addresses (please print)

| (a) Endorser (if any) or Nearest Relative | (b) Adult Relative or Friend (Circle one) | Other Nearest Relative or Friend (Circle one) |
|---|---|---|
| Name: EULA M. COATLEY | Name: DUTARON KING | Name: NATHANIEL BROWN |
| Address: | Address: | Address: |
| City, State, ZIP: MEADVILLE - MS | City, State, ZIP: DUARTE - CA | City, State, ZIP: DUARTE - CA |
| Phone: 2925 | Phone: 6031 | Phone: 3153 |

### PROMISSORY NOTE FOR A NSLP PLUS/SLS LOAN

A. I (and any endorser) **PROMISE TO PAY** to you or your order when this Note becomes due as set forth in Paragraph B, a sum certain equal to the loan amount I have requested in Section I, Item 10 of the application for PLUS/SLS Loan above, which is hereby incorporated by reference into this Promissory Note to the extent that it is advanced to me, plus interest as set forth in Paragraph C and any other charges which may become due as set forth in Paragraph F. All payments will be made to your address as indicated on my Disclosure Statement, or to any other address of which you notify me.

I understand that by accepting the proceeds of this loan I am agreeing to repay the sum advanced to me including guarantee and origination fees under the terms and conditions of this Promissory Note and Disclosure Statement. I further understand and agree that if the sum set forth in the Disclosure Statement is less than the sum stated in this note that I am obligated to repay the sum stated in the Disclosure Statement.

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN IT BEFORE I READ IT, INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO KEEP AN EXACT COPY OF THIS APPLICATION AND PROMISSORY NOTE. I AM ALSO ENTITLED TO KEEP AN EXACT COPY OF THE DISCLOSURE STATEMENT TO BE ISSUED TO ME BEFORE I ACCEPT MY LOAN CHECK. BY SIGNING THIS NOTE, I ACKNOWLEDGE THAT I HAVE KEPT AN EXACT COPY OF MY APPLICATION/PROMISSORY NOTE COMPLETED THROUGH SECTION I. BY SIGNING THIS NOTE, I CERTIFY THAT I HAVE READ, UNDERSTAND, AND AGREED TO BOTH THE BORROWER CERTIFICATION ON ITS REVERSE SIDE AND THE STATEMENT OF BORROWER'S RIGHTS AND RESPONSIBILITIES ON PAGE 6. (PROMISSORY NOTE CONTINUES ON REVERSE SIDE.)

15a. Signature of Borrower: *Bradford Costley*   Date: 9/20/88
15b. Signature of Endorser (if any): ____   Date: ____

### SECTION II - TO BE COMPLETED BY THE STUDENT

| 16. Social Security Number | 17. Last Name | First Name | MI | 18. Birth Date (Mo. Day Yr) |
|---|---|---|---|---|
| -3572 | Costley | Bradford | | |

19. U.S. Citizenship Status
   (a) X U.S. Citizen, National or related status
   (b) Eligible Noncitizen (See instructions)
   (c) Neither a nor b (See instructions)
Alien Registration #: ____

20. Have you ever defaulted on an educational loan? ☐ Yes ☒ No
21. Loan Period (Mo.) From: 10-88 To: 5
22. Intended Enrollment Status (X One): ☒ Full-Time ☐ At Least Half-Time ☐ Less Than Half-Time

23. While in School You Intend To Live (X One): ☐ On Campus ☒ Off Campus ☐ With Parents
Address: SAME A/A H/E
Phone: ____
24. Major: ____ (Use Code on page of Instructions)

25. I have read and understand the terms of the "Student Certification" printed on the reverse of this application.
Signature of Student: *Bradford Costley*   Date: ____

### SECTION III: TO BE COMPLETED BY THE SCHOOL

26. Name of School: Unified School of America
27. School Code: 02247
Branch ID: ____
28. For School Use: ____

29. Address Street: 9101 E Alondra   City: Azusa   State: CA   ZIP Code: ____
30. Area Code Telephone Number: (___) ___-____

31. Loan Period (Mo. Day Yr): From: 3-88   To: 11-25-88
32. Student Grade Level:
   Correspondence 0 ☐
   Undergraduate 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5 ☐
   Graduate/Professional 6 ☐ 7 ☐ 8 ☐ 9 ☐
33. Dependency Status: ☐ Dependent ☒ Independent
34. The student will be enrolled as at least a ☒ Full-time Student ☐ Half-time Student until (Mo. Day Yr): 11-25-88

35. Estimated Cost of Education for Loan Period: $ 4698
36. Financial Aid for Loan Period (Include GSL Loans): $ -0-
37. Difference (Item 35 MINUS Item 36): $ 4698
38. Amount School Approves: $ 4000

39. My signature certifies that I have read and agree to the conditions given in the School Certification printed on the reverse side of the School copy.
Signature of School Official: *Doug Torres*   Print Name & Title: SILVANA TIRICH, FIN CLERK   Date: 10-4

### SECTION IV: TO BE COMPLETED BY THE LENDER

40. Name of Lender: **THE BANK OF HORTON**
41. Lender Code: ____
42. For Lender Use: ____
43. NSLP Use: ____

44. Address: **108 E. 8th ST.**   City: **HORTON**   State: **KS**   ZIP: **66439**
45. Area Code Telephone Number: (___) ___-____

46. Signature of Authorized Lending Official: *Glenda Gulland*
47. Total Amount Lender Approves & Disburses: 1. $ 4000   2. $ ____   Date: ____
48. Number of Monthly Payments: 120

49. Print or Type Name & Title: Glenda Gulland, SLRPR
50. Date (Mo. Day Yr): 10-06-88
51. Date First Payment Due (Mo. Day Yr): 12-__-__
52. Current Borrower Indebtedness (see instructions): ___ SLS ALAS  GSL FISL $____

* Copyright 1988 NSLP, Inc. All rights reserved.
This Form is to be used only for loans guaranteed by NSLP.

LENDER